IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                                      Case No. 3:07cv217/MCR/EMT

MICHELLE NEELY,
        Defendant.
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's amended report and recommendation dated September 29, 2008 (Doc. 16).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  Plaintiff's motion for summary judgment (doc. 8) is **GRANTED**.

     3.  The clerk shall enter judgment in favor of Plaintiff, the United States of America, against Defendant, Michelle Neely, also known as Michelle Eurioste, in the amount of $6509.73 as of October 30, 2008, plus taxation of costs of $350.00 for the filing fee, said

judgment to bear interest from the date of entry pursuant to 28 U.S.C. § 1961, for which execution should issue.

DONE AND ORDERED this 30th day of October, 2008.

s/ *M. Casey Rodgers*

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE